Exhibit B

# Claim Chart for The Zerocoin Electric Coin Company, LLC
# U.S. Patent No. 7,412,422

**Zerocoin Electric Coin Company's Infringing Zcash Banking.**

| CLAIM LANGUAGE | Evidence |
|---|---|
| 1. A method of facilitating access to a service on a communication network using a virtual entity, the method comprising: | Zerocoin Electric Coin Company ("Zerocoin") performs the steps in the preamble of claim 1: "facilitating access to a service on a communication network using a virtual entity." <br><br> For example, Zerocoin's Zcash Banking allows for on-line payment using a virtual entity. <br><br> *See, e.g.*, https://z.cash/ <br><br> Zcash is a privacy-protecting, digital currency built on strong science. |

# Claim Chart for The Zerocoin Electric Coin Company, LLC
# U.S. Patent No. 7,412,422

| | |
|---|---|
| 1a. establishing for a real entity a user account including billing data of said real entity; | Zerocoin performs the steps of claim 1a: "establishing for a real entity a user account including billing data of said real entity." <br><br> For example, Zerocoin's Zcash Banking establishes customers as real entities. <br><br> *See, e.g.*, https://z.cash/technology/ <br><br> **Address and transaction privacy** <br><br> Zcash offers two types of addresses: shielded and transparent. Shielded addresses are not visible and transactions between shielded addresses do not reveal either address, the transaction amount or the contents of the encrypted memo field. Transparent addresses and transactions between them are publicly viewable on the Zcash blockchain, in the same way that Bitcoin addresses are viewable. |
| 1b. storing virtual identification data defining the virtual entity in a memory accessible via one or more sites of the communication network; | Zerocoin performs the steps of claim 1b: "storing virtual identification data defining the virtual entity in a memory accessible via one or more sites of the communication network." <br><br> For example, Zerocoin's Zcash Banking has Zcash shielded accounts that store virtual identification but not transactions, addresses, the transaction amount or the contents of the encrypted memo field. <br><br> *See, e.g.*, https://z.cash/technology/ <br><br> **Address and transaction privacy** <br><br> Zcash offers two types of addresses: shielded and transparent. Shielded addresses are not visible and transactions between shielded addresses do not reveal either address, the transaction amount or the contents of the encrypted memo field. Transparent addresses and transactions between them are publicly viewable on the Zcash blockchain, in the same way that Bitcoin addresses are viewable. |
| 1c. assigning to said virtual entity a virtual transaction account associated with said virtual identification data; | Zerocoin performs the steps of claim 1c: "assigning to said virtual entity a virtual transaction account associated with said virtual identification data." <br><br> For example, the transaction account of the customer is assigned a virtual transaction account through Zcash. |

# Claim Chart for The Zerocoin Electric Coin Company, LLC
# U.S. Patent No. 7,412,422

| | |
|---|---|
| | *See, e.g.,* https://z.cash/technology/<br><br>**Address and transaction privacy**<br><br>Zcash offers two types of addresses: shielded and transparent. Shielded addresses are not visible and transactions between shielded addresses do not reveal either address, the transaction amount or the contents of the encrypted memo field. Transparent addresses and transactions between them are publicly viewable on the Zcash blockchain, in the same way that Bitcoin addresses are viewable. |
| 1d. allowing said real entity access to control said virtual entity using at least one of said sites; and | Zerocoin performs the steps of claim 1d: "allowing said real entity access to control said virtual entity using at least one of said sites."<br><br>For example, the customer controls the virtual entity through an online portal.<br><br>*See, e.g.,* https://z.cash/technology/<br><br>**Address and transaction privacy**<br><br>Zcash offers two types of addresses: shielded and transparent. Shielded addresses are not visible and transactions between shielded addresses do not reveal either address, the transaction amount or the contents of the encrypted memo field. Transparent addresses and transactions between them are publicly viewable on the Zcash blockchain, in the same way that Bitcoin addresses are viewable. |
| 1e. facilitating authorization of a transaction of monetary value with one or more other entities on said communication network using said virtual transaction account without revealing said billing data of the real entity, wherein said virtual identification data does not identify the real entity to said one or more other entities over said communication network. | Zerocoin performs the steps of claim 1e: "facilitating authorization of a transaction of monetary value with one or more other entities on said communication network using said virtual transaction account without revealing said billing data of the real entity, wherein said virtual identification data does not identify the real entity to said one or more other entities over said communication network."<br><br>For example, online payments are made without providing personal or financial information through ZCash<br><br>*See, e.g.,* https://z.cash/technology/ |

# Claim Chart for The Zerocoin Electric Coin Company, LLC
# U.S. Patent No. 7,412,422

|  | Zcash addresses are either private (z-addresses) or transparent (t-addresses). Z-addresses start with a "z," and t-addresses start with a "t." |
|---|---|
|  | A Z-to-Z transaction appears on the public blockchain, so it is known to have occured and that the fees were paid. But the addresses, transaction amount and the memo field are all encrypted and not publicly visible. Using encryption on a blockchain is only possible through the use of zero-knowledge proofs. More information on these proofs and Zcash's implementation of zk-SNARKs is available. |