UNITED STATES COURT OF APPEALS
TENTH CIRCUIT
BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO   80257

DAVID M. EBEL
JUDGE

(303) 844-3800
FAX: (303) 844-4541
David_M_Ebel@ca10.uscourts.gov

May 6, 2019

TO:      Jeffrey P. Colwell, Clerk
         Attn: Senior Judge Team

FROM:    Judge David M. Ebel

RE:      Civil Action No. 19-cv-01292-DME
         Lightwire, LLC v. The Zerocoin Electric Coin Company

Exercising my prerogative as a senior judge, I request that this case be reassigned.

DME/jd