## IN THE UNITED STATES DISTRICT COURT
## FOR THE  DISTRICT OF COLORADO

| | |
|---|---|
| **Lightwire, LLC,** | Case No. 1:19-cv-01292 |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Zerocoin Electric Coin Company, LLC,** | |
| Defendant. | |

### PLAINTIFF LIGHTWIRE'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Lightwire, LLC

hereby dismisses this action **without prejudice**.  Defendant has not yet answered the Complaint

or moved for summary judgment. Each party shall bear its own costs, expenses, and attorneys'

fees.

Dated: May 29, 2019          Respectfully submitted,

*/s/ Isaac Rabicoff*
Isaac Rabicoff
**Rabicoff Law LLC**
73 W Monroe St
Chicago, IL 60603
(773) 669-4590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Lightwire, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on May 29, 2019, via the Court's CM/ECF system.


/s/ Isaac Rabicoff
Isaac Rabicoff

SO ORDERED this _____ day of _____, _____.


_____
UNITED STATES DISTRICT JUDGE